ROBERTA GERARDI *v.* ROBIN YORK
(AC 21173)

Landau, Schaller and Hennessy, Js.

Argued December 7, 2001—officially released January 8, 2002

Per Curiam. The judgment is affirmed.

INDUSTRIAL MOLD AND TOOL, INC. *v.* ZALESKI
SNOW-GUARDS AND ROOFING SPECIALISTS,
INC., ET AL.
(AC 21678)

Schaller, Dranginis and Flynn, Js.

Submitted on briefs December 13, 2001—officially released January 8, 2002

Per Curiam. The judgment is affirmed.

ROBERT LEE, JR. *v.* EVA RUSSO
(AC 21866)

Schaller, Dranginis and Flynn, Js.

Submitted on briefs December 13, 2001—officially released January 8, 2002

Per Curiam. The judgment is affirmed.